UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSICA DAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>GEICO CASUALTY COMPANY; et al.,<br><br>    Defendants - Appellees. | No. 24-2201<br><br>D.C. No. 5:21-cv-02103-BLF<br>Northern District of California, San Jose<br><br>ORDER |

The motion (Docket Entry No. 46) for an extension of time to file the reply brief is granted. The optional reply brief is now due January 13, 2025.

If the optional reply brief is not filed by January 13, 2025, the case will proceed with the briefs already on file.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT